**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                     CASE NO. 3:09cr70 LAC

RICHARD S. IANIERI

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   August 10, 2009
Motion/Pleadings: SEALED MOTION TO CONTINUE THE SENTENCING OF RICHARD S. IANIERI
Filed by GOVERNMENT   on 8/7/2009   Doc.# 13

RESPONSES:

                                               on             Doc.#
                                               on             Doc.#

      Stipulated         Joint Pldg.
x      Unopposed        Consented

                                               WILLIAM M. McCOOL, CLERK OF COURT

                                               *s/Mary Maloy*
LC (1 OR 2)                              Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of August, 2009, that:*

*(a) The relief requested is **GRANTED** in part.*

*(b) Sentencing not to be set before 22 December 2009.*

                                                            *s/L.A. Collier*
                                                           *LACEY A. COLLIER*
                                               *Senior United States District Judge*

Entered On Docket:                 By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

                                                  Document No.